IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:21-CT-03236-M

ANTHONY L. HARRIS,             )
                               )
            Plaintiff,         )
                               )
    v.                         )        ORDER
                               )
PASQUOTANK CORRECTIONAL        )
INSTITUTION, et al.,           )
                               )
            Defendants.        )

This cause is before the court on plaintiff's motion for entry of default. Mot. [D.E. 111] (generally arguing that defendants Bridget Maledda and Taiquan Johnson failed to answer timely).

Contra plaintiff's assertions, defendant Bridget Maledda answered the complaint in the time allowed by the court's January 5, 2024, order, see Order [D.E. 104]; Answer [D.E. 108], and defendant Taiquan Johnson answered the complaint in the time allowed by the court's January 22, 2024, scheduling order, see Order [D.E. 110]; Answer [D.E. 112].

Accordingly, the court DENIES plaintiff's instant motion for entry of default [D.E. 111]. See Fed. R. Civ. P. 55(a).

SO ORDERED this 26th day of February, 2024.

RICHARD E. MYERS II
Chief United States District Judge